UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

ARMID CRABBE,

    Plaintiff,

Case Number: 06-112622

vs.

Honorable Patrick Duggan

CONSOLIDATED RAIL CORPORATION,

    Defendants.

| | |
|---|---|
| ARVIN J. PEARLMAN (P18743)<br>ELAINE L. LIVINGWAY (P39307)<br>Attorneys for Plaintiff<br>24725 W. 12 Mile Road, Ste. 220<br>Southfield, MI 48034<br>(248) 356-5000<br>(248) 356-0001 Facsimile | JOSEPH J. McDONNELL (P32056)<br>GREGORY A. CLIFTON (P34052)<br>Attorneys for Defendant<br>645 Griswold, Suite 3253<br>Detroit, MI 48226<br>(313) 963-3033<br>(313) 963-3011 Facsimile |
| RICHARD CRANWELL, ESQ.<br>Co-Counsel for Plaintiff<br>111 Virginia Avenue<br>West Vinton, VA 24179<br>(540) 344-1000<br>(540) 344-7073 Facsimile | T. H. LYDA, Esquire<br>Co-Counsel for Defendant<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212 |

## **ORDER OF DISMISSAL WITH PREJUDICE**

    This parties to the above-entitled cause, each acting through its attorney of record, having agreed to the entry of and having approved the form of this order, and the Court being otherwise fully advised of the premises;

    IT IS HEREBY ORDERED that defendant, Consolidated Rail Corporation, may be and the same hereby is, dismissed with prejudice and without further costs to any party. This resolves all remaining claims pending between the parties arising out of this action.

s/Patrick J. Duggan
						Patrick J. Duggan
						United States District Judge

Dated: December 18, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 18, 2007, by electronic and/or ordinary mail.

						s/Marilyn Orem
						Case Manager

Approved as to form and content:

s/Arvin J. Pearlman with permission
Arvin J. Pearlman
Pearlman & Pianin, PLLC
Attorney for Plaintiff
24725 W. 12 Mile Road, Suite 220
Southfield, MI 48034
(248) 356-5000
apearlman@pearlpi.com
(P18743)

s/Joseph J. McDonnell
Joseph J. McDonnell
Durkin, McDonnell, Clifton & O'Donnell, P.C.
Attorney for Defendants
645 Griswold, Suite 3253
Detroit, MI 48226
(313) 963-3033
jmcdonnell@durkinmcdonnell.com
P32056